UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERIC LARA, SR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-6860** |
| **LOUISIANA DEPARTMENT OF CORRECTIONS, SECRETARY, RICHARD L. STALDER, ET AL.** | **SECTION: "K"(1)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claim against the Louisiana Department of Public Safety and Corrections is **DISMISSED WITHOUT PREJUDICE** pursuant to the Eleventh Amendment.

**IT IS FURTHER ORDERED** that plaintiff's claims against Richard Stalder, James Miller, Robert Tanner, Kathy McGinnis, Peter Mora, the "Medical Department," Lt. Col. William Dunaway, Jerry Miller, Larry Grow, Capt. Billy Anderson, and Elizabeth Olivera are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

**IT IS FURTHER ORDERED** that plaintiff's claims that he was falsely charged with and

convicted of disciplinary charges and that he was verbally abused are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

**IT IS FURTHER ORDERED** that plaintiff be allowed to proceed on his claims against Lt. Ronnie Seal, Douglas Brandon, and Micah McMurray for cruel and unusual punishment, and against Dr. Jerry Thomas, Bessie Carter, Nita Pittman, and Josh Gall for deliberate indifference to his serious needs.

New Orleans, Louisiana, this  16th  day of       May       , 2006.

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE**