UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERIC LARA, SR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-6860** |
| **LOUISIANA DEPARTMENT OF CORRECTIONS, SECRETARY, RICHARD L. STALDER, ET AL.** | **SECTION: "K"(1)** |

### O R D E R

The Court has received plaintiff's objection to the Magistrate Judge's Report and Recommendation filed May 17, 2006. Said objection was untimely filed. See Rec. Doc. No. 26; *see also Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996)(en banc). The Court has previously ruled on plaintiff's claims. See Rec. Doc. No. 27. Accordingly, the Court hereby **DENIES** plaintiff's objections as **MOOT**.

New Orleans, Louisiana, this   24th  day of May, 2006.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE