UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERIC LARA, SR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-6860** |
| **LOUISIANA DEPARTMENT OF CORRECTIONS, SECRETARY, RICHARLD L. STALDER, ET AL.** | **SECTION: "K"(1)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that defendants' motion to dismiss is **GRANTED** and that plaintiff's remaining claims are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a), but with prejudice for the purpose of proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915.

New Orleans, Louisiana, this __31st__ day of August, 2006.

_____
UNITED STATES DISTRICT JUDGE